IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY DOMINICK,                        Civil File No. 08-2454-KHV

         Plaintiff,

vs.                                          STIPULATION OF DISMISSAL
                                                  WITH PREJUDICE
JASON J. EVANS,

         Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Anthony Dominick, and the defendant, Jason J. Evans hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                 Respectfully submitted,

Dated:   12/29/08                 By   /s/ J. Mark Meinhardt
                                                 J. Mark Meinhardt, #20245
                                                 4707 College Boulevard, Suite 100
                                                 Leawood, KS 66211
                                                 (913) 451-9797
                                                 (913) 451-6163 (fax)
                                                 ATTORNEY FOR PLAINTIFF

Dated:   12/29/08                 By   /s/ Michelle A. Fox
                                                 Michelle A. Fox, #17242
                                                 10660 Barkley
                                                 Overland Park, KS 66212
                                                 (913) 649-1555
                                                 (913) 652-9474 (fax)
                                                 ATTORNEY FOR DEFENDANT